IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: November 28, 2012 |
| Court Reporter:    Kara Spitler | Probation: Michelle Means |

Criminal Action No. 11-cr-00392-RBJ

*Parties*:

UNITED STATES OF AMERICA,

    Plaintiff,

v.

WENDELL DAVIS,

    Defendant.

*Counsel*:

David Conner

Bradley Lozow

### SENTENCING MINUTES

**Court in session:**     8:29 a.m.

Appearances of counsel.

Defendant is present in custody.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing

guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on September 10, 2012 to Count Two of the Indictment.

**ORDERED:**   Government's Motion Pursuant to §5K.1 of the United States Sentencing Guidelines [18] is GRANTED.

**ORDERED:**   Motion to Dismiss [19] is GRANTED.

**ORDERED:**   Defendant shall be placed on **probation** for a period of **five (5)** years.

**ORDERED:**   **Conditions** of Probation that:
- (**X**)   Defendant shall not commit another federal, state or local crime.
- (**X**)   Defendant shall not illegally possess controlled substances.
- (**X**)   Defendant shall maintain continual employment.
- (**X**)   Defendant shall refrain from the unlawful use of a controlled substance.
- (**X**)   Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**   **Special Condition** of Probation that:
- (**X**)   Defendant shall participate in and successfully complete a program of testing and treatment for drug/alcohol abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**   Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**Court in recess:**       **9:03 a.m.**

Hearing concluded.

Total time:     00:34